Richard A. Lazenby (State Bar No. 202105)
Email: rlazenby@victorrane.com
Michael Cutler (State Bar No. 298875)
Email: mcutler@victorrane.com
Doug Griffith (State Bar No. 185333)
Email: dgriffith@victorrane.com
VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849
Facsimile: (310) 388-4869

Attorneys for Defendant
HAWAIIAN AIRLINES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERONIMO ROMERO; JESSICA ROMERO; G.R., Minor by Guardian Ad Litem, MONICA NARAG; J.R., Minor by Guardian Ad Litem, MONICA NARAG; McRYAN DAVID; JANICE DAVID; M.D.; Minor by Guardian Ad Litem, JENNIFER IBE; BRIANA JONES; and JOSHUA DAVID,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAIIAN AIRLINES, INC., RAYTHEON TECHNOLOGIES CORPORATION, IAE INTERNATIONAL AERO ENGINES AG, and DOES 1 to 50,<br><br>Defendants. | Case No.: 4:20-cv-07583-SBA<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES; ORDER** |

TO THIS HONORABLE COURT, AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE that Plaintiffs Geronimo Romero, Jessica Romero, G.R., Minor by Guardian Ad Litem, Monica Narag, J.R., Minor by Guardian Ad Litem, Monica Narag, McRyan David, Janice David, M.D., Minor by Guardian Ad Litem, Jennifer Ibe, Briana Jones, and Joshua David's ("Plaintiffs") have reached a provisional settlement with all the Defendants (collectively, the "Parties") in the above-captioned case. The Parties would like to avoid any additional expense while they focus efforts on finalizing the settlement, and request

1  the Court to vacate all currently set dates with the expectation that the settlement will be
2  consummated within the coming sixty (60) days, allowing for a Joint Stipulation for Dismissal
3  with prejudice as to all parties to be filed.

Dated: January 6, 2022                                  Respectfully submitted,

By: /s/ M Cutler
Richard A. Lazenby
Michael Cutler
Doug Griffith
VICTOR RANE
Attorneys for Defendant
HAWAIIAN AIRLINES, INC.

VICTOR RANE
9350 Wilshire Blvd., Suite 308
Beverly Hills, California 90212
Telephone: (310) 388-4849

NOTICE OF SETTLEMENT AND REQUEST TO VACATE
ALL CURRENTLY SET DATES                - 2 -
CASE NO.: 3:21-CV-02411-SBA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERONIMO ROMERO; JESSICA ROMERO; G.R., Minor by Guardian Ad Litem, MONICA NARAG; J.R., Minor by Guardian Ad Litem, MONICA NARAG; McRYAN DAVID; JANICE DAVID; M.D.; Minor by Guardian Ad Litem, JENNIFER IBE; BRIANA JONES; and JOSHUA DAVID,<br><br>Plaintiffs,<br><br>vs.<br><br>HAWAIIAN AIRLINES, INC., RAYTHEON TECHNOLOGIES CORPORATION, IAE INTERNATIONAL AERO ENGINES AG, and DOES 1 to 50,<br><br>Defendants. | Case No.: 4:20-cv-07583-SBA<br><br>[PROPOSED] ORDER |

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: January 11, 2022

*Saundra B. Armstrong*  RS
RICHARD SEEBORG FOR SAUNDRA B. ARMSTRONG
United States District Judge

[PROPOSED] ORDER
CASE NO.: 3:21-CV-07583-SBA