CHARLES A. BONNER, ESQ. SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER & BONNER**
475 GATE FIVE ROAD, SUITE 211
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

JEFFREY L. MENDELMAN, ESQ. SB#305629
**CASE LAW LTD.**
580 CALIFORNIA STREET, FL. 12
SAN FRANCISCO, CA 94104
TEL: (833) 227-3583
FAX: (415) 520-5405
admin@caselawltd.com

ATTORNEYS FOR PLAINTIFF
GERONIMO ROMERO, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GERONIMO ROMERO; JESSICA ROMERO; G.R., Minor by Guardian ad Litem, GERONIMO ROMERO; J.R., Minor by Guardian ad Litem, GERONIMO ROMERO; McRYAN DAVID; JANICE DAVID; M.D., Minor by Guardian ad Litem, JANICE DAVID; BRIANA JONES; and JOSHUA DAVID,<br><br>  Plaintiffs,<br><br>vs.<br><br>HAWAIIAN AIRLINES INC., and DOES 1-50,<br><br>  Defendants | **Case No. 20-cv-07583-SBA**<br><br>~~[PROPOSED]~~ **ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL** *AS MODIFIED*<br><br>[USDC Northern District Local Rules 7-11, 79-5] Concurrently Filed with:<br><br>1. Plaintiffs' Administrative Motion to File Under Seal Portions of Declaration Supporting Petition for Approval of Settlement and Compromise of Minor's Claims and Portions of Proposed Order;<br><br>2. Petition for Approval of Settlement and Compromise of Minor's Claims; |

---

**ORDER ON PLAINTIFFS' ADMINISTRATIVE MOTION TO FILE UNDER SEAL**   20-cv-07583-SBA
1

3. Sealable Declaration of Attorney A. Cabral Bonner in Support of Petition for Approval of Settlement and Compromise of Minor's Claims;

4. Sealable [Proposed] Order Approving Settlement and Compromise of Minor's Claims

Plaintiffs' Administrative Motion to Seal under Civil Local Rules 7-11 and 79-5 came before this Court, the Honorable Saundra B. Armstrong, Presiding. The Motion is unopposed. The Court, having considered the papers filed in support of the Motion, now makes the following order:

GOOD CAUSE APPEARING, the Court orders that the minor's name and following settlement amount information be redacted from the below-referenced documents filed concurrently with the Petition for Approval of Settlement and Compromise of Minor's Claims.

In Plaintiff Geronimo Romero's Petition for an Order Approving the Compromise of Minor G.R.'s Claims (the "Petition"):

1) The dollar amount appearing on line 6, page 2.
2) The dollar amounts appearing in Paragraph 8, pages 3-4.
3) The dollar amount appearing in Paragraph 11, page 4.
4) The dollar amounts appearing in Paragraph 12, page 4.
5) The dollar amounts appearing in Paragraph 17, page 4.

In the Declaration of A. Cabral Bonner in support of Plaintiff Geronimo Romero's Petition for Approval of Compromise of Minor G.R.'s Claims:

1) The dollar amounts appearing in Paragraph 4, pages 2.

In the [Proposed] Order Granting Plaintiff Geronimo Romero's Petition for Approval of Compromise of Minor G.R.'s Claims:

1) The dollar amounts appearing in Paragraph 2, page 2.
2) The dollar amount appearing in Paragraph 3, page 2.
3) The dollar amount appearing in Paragraph 4, page 2.

In Exhibit 1 to the Petition, Attachment 8b(2) to the Order Approving the Minor G.R.'s Compromise:

    1) All dollar amounts appearing on the page.

In Exhibit 2 to the Petition, Attachment 18b(3) to the Petition to Approve the Minor G.R.'s Compromise:

    1) All the dollar amounts appearing on the page.

In Exhibit 3 to the Petition, the Final Benefits for the Minor G.R.:

    1) All the dollar amounts appearing on the page.

In Exhibits 1 through 5, Minor's full name and other identifying information, such as medical record number (MRN).

IT IS SO ORDERED.

Dated: 5/9/2022, 2022

_[signature]_ RS
Richard Seeborg for Saundra B. Armstrong
United States District Judge