1  CHARLES A. BONNER, ESQ.  SB# 85413
   A. CABRAL BONNER, ESQ. SB# 247528
2  **LAW OFFICES OF BONNER & BONNER**
   475 GATE FIVE ROAD, SUITE 211
3  SAUSALITO, CA 94965
   TEL: (415) 331-3070
4  FAX: (415) 331-2738
   cbonner799@aol.com
5  cabral@bonnerlaw.com
6
   JEFFREY L. MENDELMAN, ESQ. SB#305629
7  **CASE LAW LTD.**
   580 CALIFORNIA STREET, FL. 12
8  SAN FRANCISCO, CA 94104
   TEL: (833) 227-3583
9  FAX: (415) 520-5405
   admin@caselawltd.com
10
11
   ATTORNEYS FOR PLAINTIFF
12 GERONIMO ROMERO, et al.
13
14             **UNITED STATES DISTRICT COURT**
15            **NORTHERN DISTRICT OF CALIFORNIA**
16                    **OAKLAND DIVISION**
17
18 GERONIMO ROMERO; JESSICA            **Case No. 20-cv-07583-SBA**
   ROMERO; G.R., Minor by Guardian ad
19 Litem, GERONIMO ROMERO; J.R.,       **ORDER GRANTING PLAINTIFF**
   Minor by Guardian ad Litem, GERONIMO **GERONIMO ROMERO'S PETITION**
20 ROMERO; McRYAN DAVID; JANICE        **FOR ORDER APPROVING**
   DAVID; M.D., Minor by Guardian ad    **COMPROMISE OF MINOR'S**
21 Litem, JANICE DAVID; BRIANA         **CLAIM FOR MINOR J. R. AS**
   JONES; and JOSHUA DAVID,            **MODIFIED**
22
23              Plaintiffs,           Action Filed: Sept. 16, 2020
24      vs.                           Notice of Removal Filed: Oct. 28, 2020
25 HAWAIIAN AIRLINES INC., and DOES
   1-50,
26
27              Defendants
28

---

*MODIFIED* ORDER ON PLAINTIFF GERONIMO ROMERO'S PETITION FOR ORDER APPROVING
COMPROMISE OF MINOR'S CLAIM FOR MINOR J.R.          20-cv-07583-SBA

Plaintiff Geronimo Romero, Guardian ad Litem of Minor J.R., petitions this Court for an order approving the compromise of his minor child's claim against Defendants Hawaiian Airlines Inc., Raytheon Technologies Corporation, and IAE International Aero Engines AG, for injuries allegedly sustained by Minor J.R. during a flight on August 22, 2019 (the "Incident").   The matter comes to the Court by stipulation of the parties.   Having considered the parties' positions, relevant legal authorities, and the record in the case, the Court hereby **APPROVES** the compromise of the Minor's claim against the Defendants.

Additionally, the Court Orders as follows:

1. Plaintiff Geronimo Romero is authorized to execute and convey to the representatives of the Defendants the Full And Final Release Of All Claims, Waiver And Covenant Not To Sue;

2. In disbursing the settlement funds, Defendants will issue a check in the amount of $REDACTED payable to Pacific Life & Annuity Services, Inc. and execute the Qualified Assignment Form, which, upon execution of said form, and tendering of said funds, will serve to fully and forever discharge Defendants' obligations to Minor J.R. arising from or related to the Incident;

3. Within 45 days after the receipt of the settlement funds from the Defendants, Plaintiff Geronimo Romero shall provide proof to the Court that $REDACTED was invested in the structured settlement annuity set forth in Plaintiff's petition;

4. Attorneys for Petitioner and Minor J.R. are awarded $ REDACTED  as attorney's fees to be paid directly to the client trust account for the Law Offices of Charles A. Bonner;

5. Within 60 days after the receipt of the settlement funds from Defendants, the parties shall file either: (1) a stipulated dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); or (2) a joint status report setting forth the reason(s) why the stipulated dismissal with prejudice was not entered.

IT IS SO ORDERED

Dated:  5/9/2022

_____

Richard Seeborg for Saundra B. Armstrong
United States District Judge

*MODIFIED* ORDER ON PLAINTIFF GERONIMO ROMERO'S PETITION FOR ORDER APPROVING COMPROMISE OF MINOR'S CLAIM FOR MINOR J.R.      20-cv-07583-SBA

2