CHARLES A. BONNER, ESQ.  SB# 85413
A. CABRAL BONNER, ESQ. SB# 247528
**LAW OFFICES OF BONNER & BONNER**
475 GATE FIVE ROAD, SUITE 211
SAUSALITO, CA 94965
TEL: (415) 331-3070
FAX: (415) 331-2738
cbonner799@aol.com
cabral@bonnerlaw.com

JEFFREY L. MENDELMAN, ESQ. SB#305629
**CASE LAW LTD.**
580 CALIFORNIA STREET, FL. 12
SAN FRANCISCO, CA 94104
TEL: (833) 227-3583
FAX: (415) 520-5405
admin@caselawltd.com

ATTORNEYS FOR PLAINTIFF
GERONIMO ROMERO, et al.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| GERONIMO ROMERO; JESSICA ROMERO; G.R., Minor by Guardian ad Litem, GERONIMO ROMERO; J.R., Minor by Guardian ad Litem, GERONIMO ROMERO; McRYAN DAVID; JANICE DAVID; M.D., Minor by Guardian ad Litem, JANICE DAVID; BRIANA JONES; and JOSHUA DAVID,<br><br>Plaintiffs,<br>vs.<br><br>HAWAIIAN AIRLINES INC., and DOES 1-50,<br><br>Defendants | Case No. 20-cv-07583-SBA<br><br>**ORDER GRANTING PLAINTIFF JANICE DAVID'S PETITION FOR ORDER APPROVING COMPROMISE OF MINOR'S CLAIM FOR MINOR M. D. AS MODIFIED**<br><br>Action Filed: Sept. 16, 2020<br>Notice of Removal Filed: Oct. 28, 2020 |

---

*MODIFIED* ORDER ON PLAINTIFF JANICE DAVID'S PETITION FOR ORDER APPROVING COMPROMISE OF MINOR'S CLAIM FOR MINOR M.D.                    20-cv-07583-SBA

1

Plaintiff Janice David, Guardian ad Litem of Minor M.D., petitions this Court for an order approving the compromise of her minor child's claim against Defendants Hawaiian Airlines Inc., Raytheon Technologies Corporation, and IAE International Aero Engines AG, for injuries allegedly sustained by Minor M.D. during a flight on August 22, 2019 (the "Incident"). The matter comes to the Court by stipulation of the parties. Having considered the parties' positions, relevant legal authorities, and the record in the case, the Court hereby **APPROVES** the compromise of the Minor's claim against the Defendants.

Additionally, the Court Orders as follows:

1. Plaintiff Janice David is authorized to execute and convey to the representatives of the Defendants the Full And Final Release Of All Claims, Waiver And Covenant Not To Sue;

2. In disbursing the settlement funds, Defendants will issue a check in the amount of $ REDACTED payable to Pacific Life & Annuity Services, Inc. and execute the Qualified Assignment Form, which, upon execution of said form, and tendering of said funds, will serve to fully and forever discharge Defendants' obligations to Minor M.D. arising from or related to the Incident;

3. Within 45 days after the receipt of the settlement funds from the Defendants, Plaintiff Janice David shall provide proof to the Court that $ REDACTED was invested in the structured settlement annuity set forth in Plaintiff's petition;

4. Attorneys for Petitioner and Minor M.D. are awarded $ REDACTED as attorney's fees to be paid directly to the client trust account for the Law Offices of Charles A. Bonner;

5. Within 60 days after the receipt of the settlement funds from Defendants, the parties shall file either: (1) a stipulated dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); or (2) a joint status report setting forth the reason(s) why the stipulated dismissal with prejudice was not entered.

IT IS SO ORDERED

Dated: 5/10/2022

_Saundra B. Armstrong_ RS
Richard Seeborg for Saundra B. Armstrong
United States District Judge

*MODIFIED* ORDER ON PLAINTIFF JANICE DAVID'S PETITION FOR ORDER APPROVING COMPROMISE OF MINOR'S CLAIM FOR MINOR M.D.    20-cv-07583-SBA

2